# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>ELIZABETH GREENHILL,<br><br>Defendant. | CASE NO.<br>1:18-CR-00108-1-MHC-JFK |

## ORDER APPOINTING COUNSEL

The Court finds the Defendant, the individual named below, having testified under oath or having otherwise satisfied this Court that he or she is financially unable to employ counsel, is indigent, and because the interest of justice so require;

IT IS ORDERED that Eileen Nicole Moorman is hereby appointed to represent Defendant Elizabeth Greenhill.

This 14th day of September, 2020.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE